UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Exavir Binford, | Civ. No. 23-1785 (PAM/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Mayor Melvin Carter; Andy Rodriguez, Saint Paul Parks & Recreation Director; and Saint Paul Parks & Recreation Management; | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate David T. Schultz dated August 11, 2023. (Docket No. 6) The R&R recommends that the Court dismiss Plaintiff Exavir Binford's Complaint for failure to prosecute. See Fed. R. Civ. P. 41(b).

According to statute, the Court must conduct a de novo review of any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b). The Court has received no objections to the R&R and the time to do so has expired. See D. Minn. L.R. 72.2(b)(1) (providing that a party may file objections to a magistrate judge's recommendations within 14 days).

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 6) is **ADOPTED**;

2. The action is **DISMISSED without prejudice**; and

2

3. The Application to Proceed in Forma Pauperis (Docket No. 4) is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 6, 2023

*s/ Paul Magnuson*
Paul A. Magnuson
United States District Court Judge